## IN THE MATTER OF JAMES ANDERSON

### 1808

#### PAPERS IN FILE

1. Writ of habeas corpus; allowance. . . . . . . . *Printed in Vol. 2*
2. Return . . . . . . . . . . . . "
3. Copy of bail piece . . . . . . . . . . "
4. Decision; reasons . . . . . . . . . . "
5. Liberetur . . . . . . . . . . . . "